IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JORGE HARRIS,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 10-848 |
| | : | |
| **FELIPE ARIAS, M.D., et al.,** | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 24th day of October, 2013, upon consideration of Defendants' motions for summary judgment (Doc. Nos. 83 and 86), and Plaintiff's responses thereto (Doc. Nos. 87 and 88), and for the reasons set forth in the Court's accompanying memorandum opinion, it is hereby **ORDERED**:

− Summary judgment is **GRANTED** to Dr. Richard Cusick.

− The motions for summary judgment of Defendants Drs. Felipe Arias and Richard Stefanic, and P.A.C. Frank Masino, are **GRANTED** as to Plaintiff's Eighth Amendment claims only. As to Plaintiff's negligence claims, summary judgment is **DENIED**.

− Defendant Dr. Randall Bell's motion for summary judgment is **DENIED**.

− Defendant Prison Health Services, Inc.'s motion for summary judgment is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**